FILED
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

21 MAY 26 PM 4: 17

## IN THE UNITED STATES DISTRICT COURT
### FOR THE _____ DISTRICT OF _____
_____ DIVISION

*(Write the District and Division, if any, of
the court in which the complaint is filed.)*

Randall G. McAtee
1035 Mills Way
Greenwood, IN 46143

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

LMPD 911
633 W. Jefferson St.
Louisville, Ky 40202

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 3:21-cv-344-crs

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes   ☐ No
*(check one)*

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | *Randall F. McAtee* |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | *LMPD 911 Dispatch.* |
| Job or Title (if known) | |
| Street Address | *633 W. Jefferson St.* |
| City and County | *Louisville, Ky* |
| State and Zip Code | *40202* |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | *WHAS Investigative Unit* |
| Job or Title (if known) | *Paul Miley* |
| Street Address | *520 Chestnut St.* |
| City and County | *Louisville, Ky. 40202* |

State and Zip Code   _____

Telephone Number   _____

E-mail Address   _____
(if known)

Defendant No. 3

Name   _____

Job or Title   _____
(if known)

Street Address   _____

City and County   _____

State and Zip Code   _____

Telephone Number   _____

E-mail Address   _____
(if known)

Defendant No. 4

Name   _____

Job or Title   _____
(if known)

Street Address   _____

City and County   _____

State and Zip Code   _____

Telephone Number   _____

E-mail Address   _____
(if known)

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.**  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Defamation of Character on Myself*

*Planned Strategy to air on TV*

**B.**  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* *Randall J. McAfee*, is a citizen of
        the State of *(name)* *Indiana*.

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated
        under the laws of the State of *(name)* _____,
        and has its principal place of business in the State of *(name)*
        _____.

    *(If more than one plaintiff is named in the complaint, attach an additional
    page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)*, ~~AT&T~~ _____, is a citizen of
        the State of *(name)* _____. *Or* is a citizen of
        *(foreign nation)* _____.

4

b.  If the defendant is a corporation

The defendant, *(name)* _WHAS_ , is
incorporated under the laws of the State of *(name)*
_Kentucky_ , and has its principal place of
business in the State *(name)* _Kentucky_ . Or is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _633 W. Jefferson ST._
_Louisville, Ky. 40202_

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

_Unexplainable amounts of_
_damage._
_Loss of Franchise   Employment + Church._
_Employment Opportunities_

**III. Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each <u>defendant</u> was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed.

_Stupid act → Arrest of → Mug Shot →_
_911 sent to WHAS, → WHAS told_
_lie, which is banner of Stupid_
_act on Google._

5

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*Unknown*

*Value of Life w/ 3 Children and Mentally ill Wife. Lifestyle*

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *May 26, 2021*

Signature of Plaintiff

Printed Name of Plaintiff   *Randall James McAtee*

### B.   For Attorneys

Date of signing: _____, 20__.

6

Signature of Attorney        _____

Printed Name of Attorney     _____

Bar Number                   _____

Name of Law Firm             _____

Address                      _____

Telephone Number             _____

E-mail Address               _____